## Schaifer's Estate.   Henkel's Appeal.

*Appeal—Final decree—Costs.*

An order of the orphans' court directing the payment out of the decedent's estate of the costs of a proceeding to compel one of the executors to join with the other executors in a deed of sale, is not a definitive decree, and no appeal lies from it to the Supreme Court.

Argued Oct. 10, 1892.   Appeal, No. 71, Oct. T., 1892, by Wilhelmina Henkel, executrix of Jacob Schaifer, deceased, from order of O. C. Beaver Co., Sept. T., 1890, No. 27, directing payment of certain costs out of estate of decedent.   Before PAXSON, C. J., STERRETT, GREEN, WILLIAMS, MCCOLLUM, MITCHELL and HEYDRICK, JJ.

Petition for order to direct certain costs to be paid out of decedent's estate.

From the record it appeared that Jacob F. Schaifer, by his last will and testament, directed that, on the decease of his widow, his lands should be converted into money by his executors.   He appointed Wilhelmina C. Henkel, Gertrude A. Tod and Thirza C. Brown, his daughters, who are also legatees, to execute the will.   After the widow's death, two of the executrixes, Mrs. Henkel and Mrs. Tod, sold at public sale to their respective husbands, John Henkel and George A. Tod, the lands in question.   According to the weight of the evidence, the prices agreed to be paid were inadequate.   On the day of the sale, and before the bidding commenced, Mrs. Brown caused notice to be given that she objected to any sale being then made, and would not join in making conveyance to the purchaser. When the deeds to Henkel and Tod were subsequently presented to her, she refused to execute them.   Her cotrustees thereupon obtained a rule to show cause why she should not join in the conveyances, or be removed from the trust.

The court, WICKHAM, P. J., subsequently discharged this rule.   Mrs. Brown then presented a petition, praying that her costs in the proceeding, consisting principally of witnesses' fees, should be paid out of estate.   The court made an order in accordance with the prayer of her petition.

*Error assigned* was (1) above order.

*John M. Buchanan, Lewis W. Reed* with him, for appellant.

*William J. Mellin*, for appellee, not heard.

PER CURIAM, January 3, 1893 :

There was no definitive decree in this case from which an appeal would lie.

The appeal is quashed at the costs of the appellant.